IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL JOHNSON AND PATRICIA NYE, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:05-CV-415 |
| HOME DEPOT U.S.A., INC., | § § § | |
| Defendant. | § § | |

## AGREED MOTION TO DISMISS

Plaintiffs Michael Johnson and Patricia Nye and Defendant Home Depot U.S.A., Inc. (collectively, the "Parties") file this Agreed Motion to Dismiss and state:

The Parties respectfully request that the Court enter an order providing that: (a) all claims in this case are dismissed with prejudice to the refiling of same in any form; and (b) all taxable costs are to be paid by the party incurring same, as provided in the accompanying Agreed Order of Dismissal. The Parties' agreement to this request is reflected by the signatures of their counsel set forth below.

Respectfully submitted,

| | |
|---|---|
| SHEILS WINNUBST<br>SANFORD & BETHUNE | OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C. |
| s/Brian P. Sanford<br>Brian P. Sanford<br>Texas Bar No. 17630700<br>1100 Atrium II<br>1701 N. Collins Blvd.<br>Richardson, Texas 75080<br>Telephone: 972.644.8181<br>Facsimile: 972.644.8180 | s/Jana S. Baker<br>Denise Cotter Villani<br>Texas Bar No. 20581828<br>Jana S. Baker<br>Texas Bar No. 00794610<br>700 Preston Commons<br>8117 Preston Road<br>Dallas, Texas  75225<br>Telephone: 214.987.3800<br>Facsimile: 214.987.3927 |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

4461325.1